```
 1  CARL E. LARSON, Bar #48162
    Attorney at Law
 2  9490 Golden Gate Avenue
    Orangevale, CA 95662
 3  Telephone: (916) 989-9226

 4  Attorney for Defendant
    SCOTT WHITNEY
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-149-FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER TO CONTINUE |
| v. | STATUS CONFERENCE |
| SCOTT WHITNEY, | Date: August 17, 2009 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Frank C. Damrell, Jr. |

The parties, plaintiff United States, through counsel, Assistant United States Attorney, SAMANTHA SPANGER and the defendant, SCOTT WHITNEY, through counsel, CARL E. LARSON, hereby stipulate that the status conference hearing set for August 3, 2009 at 9:00 a.m. be rescheduled to August 17, 2009 at 10:00 a.m.

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed to between the parties that from the date of this order to August 17, 2009, time should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of

/ / /

/ / /

/ / /

Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code T4).

Dated: July 14, 2009

        Respectfully submitted,

        /s/ Carl E. Larson
_____
CARL E. LARSON
Attorney for Defendant
SCOTT WHITNEY

Dated: July 14, 2009    LAWRENCE G. BROWN
Acting United States Attorney

/s/ Carl Larson for Samantha Spangler
_____
SAMANTHA SPANGLER
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE