```
 1  CARL E. LARSON, Bar #48162
    Attorney at Law
 2  9490 Golden Gate Avenue
    Orangevale, CA 95662
 3  Telephone: (916) 989-9226

 4  Attorney for Defendant
    SCOTT WHITNEY
 5

 6                  IN THE UNITED STATES DISTRICT COURT

 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,      ) No. CR.S. 09-149-FCD
 9                                 )
                  Plaintiff,       )
10                                 ) STIPULATION AND ORDER TO CONTINUE
         v.                        ) DISCOVERY MOTION HEARING
11                                 )
    SCOTT WHITNEY,                 ) Date:  August 17, 2009
12                                 ) Time:  2:00 p.m.
                  Defendant.       ) Judge: FRANK C. DAMRELL
13                                 )
    _____)
14
```

15        The parties, plaintiff United States, through counsel, Assistant

16   United States Attorney, SAMANTHA SPANGER and the defendant, SCOTT

17   WHITNEY, through counsel, CARL E. LARSON, hereby stipulate that the

18   discovery motion hearing set for July 16, 2009 at 2:00 p.m. be

19   rescheduled to August 17, 2009 at 2:00 p.m.

20        Defense counsel needs additional time to prepare and to interview

21   witnesses.

22        It is further stipulated and agreed to between the parties that

23   from the date of this order to August 17, 2009, time should be excluded

24   within which the trial of the above criminal prosecution must commence

25   for purposes of the Speedy Trial Act. All parties stipulate and agree

26   that this is an appropriate exclusion of time within the meaning of

27   / / /

28   / / /

Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code T4).

Dated: July 14, 2009

Respectfully submitted,

/s/ Carl E. Larson
_____
CARL E. LARSON
Attorney for Defendant
SCOTT WHITNEY

Dated: July 14, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Carl Larson for Samantha Spangler
_____
SAMANTHA SPANGLER
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 15, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE