UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-0149 FCD |
| v. | **STANDING ORDER RE SENTENCING MEMORANDA** |
| SCOTT EDWARD WHITNEY, | |

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentence, said memorandum shall be filed on or before ten (10) days in advance of the date set for judgment and sentence. Any response thereto shall be filed on or before five (5) days in advance of the date set for judgment and sentence. All briefing shall be filed no later than 4:00 p.m. on the date it is due. The parties are cautioned that if sentencing memoranda is filed late, the judgment and sentence date may be vacated and the matter continued.

**IT IS SO ORDERED**.

Dated: November 23, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE