Law Offices of
DONALD P. DORFMAN (SBN 031935)
3000 T Street, Suite 11
Sacramento, CA  95816
Tel:  916.451.8834

Attorney for SCOTT EDWARD WHITNEY, Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. 2:09-CR-00149 FCD** |
| Plaintiff, | **ORDER TO CONTINUE JUDGMENT AND SENTENCING DATE** |
| v. | |
| SCOTT EDWARD WHITNEY, | |
| Defendant. | Hon. Judge Frank C. Damrell, Jr. |

Please continue the Judgment and Sentencing Hearing of SCOTT EDWARD WHITNEY from March 1, 2010, to **March 8, 2010, at 10:00 a.m.** to enable the Probation Officer time to obtain additional documentation to amend his presentence report.

I am in full agreement with the Officer's request for additional time.

Dated:  February 1, 2010            /s/ Donald P. Dorfman
                                    **DONALD P. DORFMAN**
                                    **Attorney for Defendant, Scott Edward Whitney**

**IT IS SO ORDERED.**

Dated:  February 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1