Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Scott Edward Whitney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT EDWARD WHITNEY, ) <br> ) <br> Defendant. ) <br>_____) | No. CR.S-09-149 FCD <br><br> ORDER FOR TRANSCRIPTION <br> OF IN CAMERA PROCEEDINGS |

IT IS HEREBY ORDERED that the court reporter transcribe in camera proceedings held on January 5, 2010, and that a copy of the transcript be provided to counsel for the defendant/appellant. It is further ordered that the in camera proceedings not be downloaded to the CM/ECF system.

DATED: March 23, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE